**Order entered May 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00117-CV

### GLASS CARS, INC., Appellant

### V.

### FELIPE DE JESUS ORTIZ, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09370**

## ORDER

We **GRANT** appellant's May 27, 2015 unopposed motion to extend time to file appellant's brief and **ORDER** the brief be filed no later than June 1, 2015.

/s/     CRAIG STODDART
JUSTICE